✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| | |
|---|---|
| Date | Signature |
| | Print Name / Bar Number |
| | Address |
| | City / State / Zip Code |
| | Phone Number / Fax Number |

1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Salvador Martinez-Pulido

6

7

8                                UNITED STATES DISTRICT COURT

9                              SOUTHERN DISTRICT OF CALIFORNIA

10                                 **(HONORABLE RUBEN B. BROOKS)**

11 UNITED STATES OF AMERICA,     )    Case No. 08MJ2392
   )
12         Plaintiff,     )
   )
13 v.     )    **CERTIFICATE OF SERVICE**
   )
14 SALVADOR MARTINEZ-PULIDO,     )
   )
15         Defendant.     )
16 _____)

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                                   U.S. Attorney CR
                              Efile.dkt.gc2@usdoj.gov
19

20                                 Respectfully submitted,

21

22 DATED:    August 13, 2008       /s/ Elizabeth M. Barros
                             **ELIZABETH M. BARROS**
23                              Federal Defenders of San Diego, Inc.
                             Attorneys for Salvador Martinez-Pulido
24

25

26

27

28