# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER  08 MJ 2392
)
vs )  ABSTRACT OF ORDER
)
)  Booking No. _____
)
Salvado Martinez-Pulido )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  8/14/08
the Court entered the following order:

__X__  Defendant be released from custody.

_____  Defendant placed on supervised / unsupervised probation / supervised release.

_____  Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____  Defendant released on $_____ bond posted.

_____  Defendant appeared in Court. FINGERPRINT & RELEASE.

_____  Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____  Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____  c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
         _____ dismissing appeal filed.

_____  Bench Warrant Recalled.

_____  Defendant forfeited collateral.

__X__  Case Dismissed.   W/o prejudice

_____  Defendant to be released to Pretrial Services for electronic monitoring.

_____  Other._____

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

                                OR
Received _____
         DUSM            W. SAMUEL HAMRICK, JR.   Clerk
                                by
                                     Deputy Clerk
Crim-9  (Rev 6-95)                V. Lee                  ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY